# IN THE UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF ARKANSAS
# FAYETTEVILLE DIVISION

UNITED STATES OF AMERICA                                                                    PLAINTIFF

v.                         CASE NO. 5:16-CR-50042

CORY DANIEL RUSHER                                                                          DEFENDANT

## ORDER

Now pending before the Court is the Report and Recommendation (Doc. 53) of Chief United States Magistrate Judge Erin L. Wiedemann, filed on February 26, 2020. The time to object has now passed, and no objections were filed.

Accordingly, **IT IS ORDERED** that the Report and Recommendation (Doc. 53) is **ADOPTED IN ITS ENTIRETY**, and Defendant's *pro se* Motion Requesting Jail Credit for Days Spent in Federal Custody Upon Arrest and Through Sentencing (Doc. 51) is **DENIED**.

**IT IS SO ORDERED** on this 19th day of March, 2020.

/s/ Timothy L. Brooks
TIMOTHY L. BROOKS
UNITED STATES DISTRICT JUDGE